UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TWIN BEAUTY LLC a/k/a KOOL KRAFTS LLC<br><br>Plaintiff,<br><br>v.<br><br>NR INTERACTIVE LLC, and NIR RODRIGUEZ, | Civil Action No. 24 - cv - 7412 |

## PROPOSED ORDER

Pending before the Court is the Defendants NR Interactive LLC, and Nir Rodriguez's ("Defendants") Motion to Dismiss Plaintiff's Complaint. (Docket No. 24 - cv – 7412). After reviewing the Motion, the Response, the record and the applicable law, the Court is of the opinion that it should be GRANTED.

IT IS HEREBY ORDERED that the Plaintiff's Complaint is dismissed with prejudice against Defendants NR Interactive LLC, and Nir Rodriguez.


Signed: _____


                                                _____
                                                          Rachel P. Kovner
                                        **UNITED STATES DISTRICT JUDGE**