# EXHIBIT 1

**Registration #:** TX0009323794
**Service Request #:** 1-13024932791



NrInteractive LLC
Nir Rodriguez
2719 hollywood blvd
hollywood, FL 33020 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**TX 9-323-794**

**Effective Date of Registration:**
September 25, 2023
**Registration Decision Date:**
October 26, 2023

## Title

        Title of Work: Origami Book For Kids: Transform Paper Into Art & Enhance Your Child's Focus, Concentration, Motor Skills with our Activity Book For Kids

## Completion/Publication

        Year of Completion: 2014
      Date of 1st Publication: March 25, 2023
    Nation of 1st Publication: United States
International Standard Number: ISBN 979-8987664858

## Author

-            Author: NrInteractive LLC
       Author Created: text, artwork
    Work made for hire: Yes
          Citizen of: United States
        Domiciled in: United States

## Copyright Claimant

    Copyright Claimant: NrInteractive LLC
                          2719 hollywood blvd, hollywood, FL, 33020, United States

## Certification

                Name: Nir Rodriguez
                  Date: September 25, 2023