# EXHIBIT A

# Copyright

**Entire Copyright Document:**

V15030 D444 P1-6

**Registration Number Not Verified:**

TX0009323794

**Date of Recordation:**

2024-11-22

**Party 1:**

NrInteractive LLC

**Party 2:**

Nir Rodriguez

**Notes:**

COPYRIGHT ASSIGNMENT AGREEMENT.

**Title:**

Origami Book For Kids: Transform Paper Into Art & Enhance Your Childs Focus, Concentration, Motor Skills with our Activity Book For Kids.;BookReg. TX0009323794.

**Names:**

Rodriguez, Nir

NrInteractive LLC

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/37772588

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from

Copyright Office public records, refer to [Privacy: Public Copyright Registration Records(Circular 18)](#).