UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TWIN BEAUTY LLC a/k/a<br>KOOL KRAFTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>NR INTERACTIVE LLC, and<br>NIR RODRIGUEZ<br><br>Defendants. | Case No. 1:24-cv-07412 (RPK) (RML)<br><br>**CLERK'S CERTIFICATE<br>OF DEFAULT** |

I, BRENNA B. MAHONEY, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that this action was commenced on October 23, 2024 with the filing of a complaint, a copy of the complaint was served on Defendant NR Interactive LLC, by personally serving Defendant NR Interactive LLC on November 13, 2024, the complaint and summons and proof of service was therefore filed on December 3, 2024, Doc. # 15.

I further certify that the docket entries indicate that Defendant NR Interactive LLC has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendant NR Interactive LLC hereby noted.

Dated: Brooklyn, New York
December 12, 2024

BRENNA B. MAHONEY
Clerk of Court

By: *Jalitza Poveda*
Deputy Clerk